# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMSEY COULTER, individually and on behalf of all similarly situated consumers** : | : | **CIVIL ACTION** |
| *Plaintiff* : | : | **NO. 20-1814** |
| : | : | |
| **v.** : | : | |
| : | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** : | : | |
| *Defendant* : | : | |

# ORDER

**AND NOW**, this 25th day of February 2021, upon consideration of Defendant's *motion to compel arbitration*, [ECF 17], Plaintiff's response in opposition, [ECF 25], Defendant's reply, [ECF 26], and the allegations in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and this action is **STAYED** pending the completion of the arbitration proceedings.

The parties are directed to inform this Court when the arbitration has been completed or when this matter has been resolved.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*