**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAMSEY COULTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 2:20-cv-01814-NIQA |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby **STIPULATED** and **AGREED** by and between the undersigned counsel for Plaintiff Ramsey Coulter and Defendant Experian Information Solutions, Inc. ("Experian") that the matters in dispute between them have been compromised and settled during arbitration proceedings, and that the above-captioned action is hereby dismissed with prejudice in its entirety, and without attorneys' fees or costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/ Nicholas J. Linker* | */s/ Mohammad A. Ghiasuddin* |
| Nicholas J. Linker, Esq. | Mohammad A. Ghiasuddin, Esq. |
| Zemel Law LLC | MARGOLIS EDELSTEIN |
| 660 Broadway | The Curtis Center, Suite 400E |
| Paterson, NJ | 170 S. Independence Mall, W. |
| (856) 430-0789 | Philadelphia, PA  19106-3337 |
| nl@zemellawllc.com | (215) 931-5802 |
| | mghiasuddin@margolisedelstein.com |
| *Attorney for Plaintiff* | |
| | *Attorney for Defendant* |
| Dated:  January 9th, 2023 | *Experian Information Solutions, Inc.* |
| | |
| | Dated:  January 9th, 2023 |

**IT IS SO ORDERED.**

_____
Hon. Nitza I. Quiñones Alejandro
U.S. District Judge

Dated:  _____, 2023